IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| SUNSHINE DAIRY FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120868D |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **FINAL DECISION** |

This matter is before the court on Defendant's (Department of Revenue) Motion in Limine (Motion), filed March 28, 2014. Plaintiff's Response to Department of Revenue's Motion in Limine (Response) was filed March 31, 2014.

Defendant's Motion and Plaintiff's Response were discussed on Monday, March 31, 2014, the first day of the scheduled trial for the above-entitled matter. After a lengthy discussion, Plaintiff requested that if the court were to grant Defendant's Motion, Plaintiff would pursue its appeal in the Regular Division of the Oregon Tax Court. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion in Limine is granted.

IT IS FURTHER DECIDED that the above entitled matter is dismissed.

Dated this ____ day of April 2014.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR. Your Complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on April 3, 2014. The court filed and entered this document on April 3, 2014.*